```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                        CASE NO. 05 B 62754
    ROSALIND R FULLER
                                              CHAPTER 13

                                              JUDGE: JACK B SCHMETTERER

         Debtor
    SSN XXX-XX-4059


------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
     The case was filed on 04/13/2006 and was confirmed 09/06/2006.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

     The case was paid in full 01/08/2009.
------------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT    INTEREST     PRINCIPAL
                                                           PAID          PAID
------------------------------------------------------------------------
ROBERT B KATZ              ADMINISTRATIV  NOT FILED           .00           .00
KIA MOTORS FINANCE CO      SECURED NOT I  NOT FILED           .00           .00
KIA MOTORS FINANCE CO      UNSEC W/INTER   18388.15       2665.32      18388.15
CBUSA INC                  UNSEC W/INTER  NOT FILED           .00           .00
B-LINE LLC                 UNSEC W/INTER     190.14         30.16        190.14
DISCOVER FINANCIAL SERVI   UNSEC W/INTER    3297.87        506.63       3297.87
DMCCB                      UNSEC W/INTER  NOT FILED           .00           .00
EMPIRE FUNDING CORP        UNSEC W/INTER  NOT FILED           .00           .00
FCNB MASTER TRUST          UNSEC W/INTER    1799.35        276.44       1799.35
GEMB DILLARDS              UNSEC W/INTER  NOT FILED           .00           .00
GOODYEAR                   UNSEC W/INTER  NOT FILED           .00           .00
HSBC                       UNSEC W/INTER  NOT FILED           .00           .00
PEOPLES GAS LIGHT & COKE   UNSEC W/INTER      70.92         13.91         70.92
SPIEGEL                    UNSEC W/INTER  NOT FILED           .00           .00
LVNV FUNDING LLC           UNSEC W/INTER    2320.92        356.51       2320.92
AMERICREDIT FINANCIAL SV   FILED LATE      12776.71           .00           .00
ROBERT J SEMRAD & ASSOC    DEBTOR ATTY       711.20                      711.20
TOM VAUGHN                 TRUSTEE                                     2,246.70
DEBTOR REFUND              REFUND                                      2,466.71

      Summary of Receipts and Disbursements:
------------------------------------------------------------------------
                      RECEIPTS              DISBURSEMENTS
------------------------------------------------------------------------
TRUSTEE               35,340.93

PRIORITY                                           .00
SECURED                                            .00
UNSECURED                                    26,067.35
    INTEREST                                  3,848.97
ADMINISTRATIVE                                  711.20
TRUSTEE COMPENSATION                          2,246.70

                 PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 05 B 62754 ROSALIND R FULLER
```

```
DEBTOR REFUND                                                    2,466.71
                                       ----------------    ----------------
TOTALS                                       35,340.93          35,340.93
```

   Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


```
                                      /s/ Tom Vaughn
 Dated: 03/05/09                      _____
                                      TOM VAUGHN
                                      CHAPTER 13 TRUSTEE
```